```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 11368
    GERALDINE TURNER
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-0229


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 09/12/2006 and was confirmed 12/13/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 01/16/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
COOK COUNTY TREASURER     SECURED             79.08          .00         79.08
COOK COUNTY STATES ATTOR  NOTICE ONLY    NOT FILED           .00           .00
CITY OF CHICAGO WATER DE  SECURED            185.00          .00         48.86
NATIONAL CITY HOME LN/ A  CURRENT MORTG  13122.34            .00      13122.34
NATIONAL CITY HOME LN/ A  MORTGAGE ARRE   5146.96            .00       5146.96
PIERCE & ASSOCIATES       NOTICE ONLY    NOT FILED           .00           .00
CHICAGO AVE FEDERAL CU    UNSEC W/INTER  NOT FILED           .00           .00
COMCAST                   UNSEC W/INTER  NOT FILED           .00           .00
ANIL K AGARWAL MD         UNSEC W/INTER  NOT FILED           .00           .00
FIRST FEDERAL CREDIT CON  NOTICE ONLY    NOT FILED           .00           .00
FIRST FEDERAL CREDIT CON  NOTICE ONLY    NOT FILED           .00           .00
EVERGREEN EMERGENCY SERV  UNSEC W/INTER  NOT FILED           .00           .00
HOUSEHOLD FINANCE OF NEV  UNSEC W/INTER  NOT FILED           .00           .00
LABCORP                   UNSEC W/INTER  NOT FILED           .00           .00
AMERICAN MEDICAL COLLECT  NOTICE ONLY    NOT FILED           .00           .00
RMCB COLLECTION AGENCY    NOTICE ONLY    NOT FILED           .00           .00
LITTLE COMPANY OF MARY    UNSEC W/INTER  NOT FILED           .00           .00
MALCOLM S GERALD          NOTICE ONLY    NOT FILED           .00           .00
LITTLE COMPANY OF MARY    UNSEC W/INTER  NOT FILED           .00           .00
SENEX SERVICES            NOTICE ONLY    NOT FILED           .00           .00
PEOPLES GAS & LIGHT       UNSEC W/INTER   4324.90         302.69        803.06
DUPAGE RADIOLOGISTS       UNSEC W/INTER  NOT FILED           .00           .00
ATG CREDIT LLC            NOTICE ONLY    NOT FILED           .00           .00
TIMOTHY K LIOU            DEBTOR ATTY     1,144.20                     1,144.20
TOM VAUGHN                TRUSTEE                                      1,319.81
DEBTOR REFUND             REFUND                                           .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                  21,967.00
```

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 11368 GERALDINE TURNER

```
PRIORITY                                                            .00
SECURED                                                       18,397.24
UNSECURED                                                        803.06
    INTEREST                                                     302.69
ADMINISTRATIVE                                                 1,144.20
TRUSTEE COMPENSATION                                           1,319.81
DEBTOR REFUND                                                       .00
                                        ----------------  ----------------
TOTALS                                         21,967.00         21,967.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                        /s/ Tom Vaughn
Dated: 04/23/08                         _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```